WILSON S. KISTLER ET AL.*v.* DOUGLAS GNAZZO ET AL.
(12114)

FOTI, LAVERY and LANDAU, Js.

Argued February 15—decision released March 22, 1994

*Jeffrey J. Mirman,* for the appellant (named defendant).

*Robert J. Cathcart,* with whom, on the brief, were *Gregory T. D'Auria* and *Keith E. Krusz,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed. See *American Trading Real Estate Properties, Inc.* v. *Trumbull,* 215 Conn. 68, 574 A.2d 796 (1990).